1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| AMERICAN INTERNATIONAL INDUSTRIES, a California General Partnership,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MEMPHIS CONTRACT PACKAGING, INC., A Tennessee Corporation; SOFTEE PRODUCTS, INC., a Corporation of unknown state of incorporation,<br><br>　　　　Defendants. | CASE No. CV 09-0155 JC<br><br>**[PROPOSED] ORDER DISMISSING CASE**<br><br>Assigned for all Purposes:<br>Honorable Jacqueline Chooljian<br>Courtroom: 20<br><br>Complaint Filed:　January 8, 2009 |

0067.140\9984

Order on Stipulation Dismissing Case

1
2
3
4
5

Having reviewed the stipulation submitted by plaintiff, AMERICAN INTERNATIONAL INDUSTRIES ("AII") and defendants MEMPHIS CONTRACT PACKAGING, INC. and SOFTEE PRODUCTS, INC. ("Defendants"), the Court orders as follows:

6
7
8
9
10

The case of *American International Industries, a California General Partnership v. Memphis Contract Packaging, Inc., A Tennessee Corporation; Softee Products, Inc., et al.,* Case No. CV 09-0155 JC is hereby dismissed as against Defendants, with prejudice. AII and Defendants to bear their own costs and attorneys' fees.

11
12

IT IS SO ORDERED.

13
14
15
16

Dated:  December 15, 2009

_____/s/_____
Honorable Jacqueline Chooljian
United States Magistrate Judge

17
18
19
20
21
22
23
24
25
26
27
28

0067.140\9984

-1-

Order on Stipulation Dismissing Case